IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRUIST BANK**                                                                              **PLAINTIFF**

**v.**                              **Case No. 4:25-cv-00169-KGB**

**JENNIFER BRASHEARS and**
**JASON BRASHEARS**                                                                **DEFENDANTS**

## ORDER

Before the Court are the motion for summary judgment submitted by plaintiff Truist Bank ("Truist") (Dkt. No. 10) and the joint motion for consent judgment submitted by Truist and defendants Jennifer Brashears and Jason Brashears (together "the Parties") (Dkt. No. 14). Upon careful consideration of the filings and the parties' arguments, the Court determines that both motions should be granted (Dkt. Nos. 10; 14).

For these reasons, the Court grants Truist's motion for summary judgment (Dkt. No. 10). Based on the parties' consent, the Court will separately enter a declaratory judgment to effectuate judicial approval and judicial discharge as requested in Truist's complaint. Fed. R. Civ. P. 58(a).

It is so ordered this 23rd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Judge