# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRUIST BANK**                                                                              **PLAINTIFF**

**v.**                          **Case No. 4:25-cv-00169-KGB**

**JENNIFER BRASHEARS and**
**JASON BRASHEARS**                                                                **DEFENDANTS**

## CONSENT DECLARATORY JUDGMENT

On July 23, 2025, the Court granted the motion for summary judgment submitted by plaintiff Truist Bank ("Truist") based on the consent of the parties (Dkt. No. 15). Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby enters declaratory judgment in favor of Truist based on the parties' consent and awards the following relief:

1. This Court has jurisdiction over the parties and subject matter.

2. Truist is awarded judicial approval of its activities as trustee of the Jennifer Brashears Trust.

3. Truist is awarded judicial discharge from its duties as trustee of the Jennifer Brashears Trust.

4. Truist is awarded the sum of $42,280.80, as reasonable costs and expenses incurred in effectuating this trust transfer, to include those incurred in bringing this action. Fed. R. Civ. P. 54(d); Trust Agreement for the Jennifer Brashears Trust, §§ 7.2.4, 7.3.6.

5. Upon completion of the transfer of trust property to the successor trustee Community First Trust, Truist will file notice of that transfer in this action.

It is so adjudged this 23rd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Judge